JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, a corporation,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM E. GINZBURG, D.D.S., an individual,<br><br>Defendant. | Case No. 2:15-CV-2192-DDP-PLA<br><br>**ORDER OF DISMISSAL PER STIPULATION**<br><br>FRCP Rule 41(a)(2) |

IT IS HEREBY ORDERED pursuant the stipulation of the Parties made in accordance with the terms of a settlement reached by the Parties, pursuant to FRCP 41(a)(2) the Court hereby dismisses this Action with prejudice but retains jurisdiction over the Action and the Parties for the duration of the Parties' settlement agreement for the purpose of enforcing its terms. The parties shall bear their own respective attorneys' fees and costs.

DATED: June 02, 2015

*[signature]*

HON. DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE